UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL LOVE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>GERTRUDE ALLEN FAMILY LIMITED PARTNERSHIP, et al.,<br><br>　　　　Defendants. | Case No. 18-cv-04082-JSW<br><br>**ORDER DIRECTING PARTIES TO FILE JOINT STATUS REPORT ORDER TO SHOW CAUSE TO DEFENDANT**<br><br>Re: Dkt. Nos. 35, 36 |

The Court has received Plaintiff's status report. The Court ORDERED the parties to file a joint status report, and Plaintiff's counsel states she attempted to obtain input from counsel for Defendant Gotelli's Auto-Supply after a meet and confer on the date the status report was due, but did not receive a response.

The Court HEREBY ORDERS Plaintiff and Gotelli to file a joint status report by July 12, 2019 at 12:00 p.m. The Court previously advised all counsel that failure to comply with Court deadlines may result in Orders to Show Cause why sanctions should not be imposed. (Dkt. No. 35, Order Placing Motion to Dismiss on Calendar at 1 n.1.) The Court HEREBY ORDERS Gotelli's counsel to show cause why monetary sanctions in the amount of $250.00 should not be imposed for her failure to comply with the Court's deadline to file a joint status report, and the response shall be due by 4:00 p.m. on July 12, 2019.

**IT IS SO ORDERED.**

Dated: July 10, 2019

_____
JEFFREY S. WHITE
United States District Judge